United States Bankruptcy Court

Northern District of Iowa

In re:                                                                    Case No. 25-00151-TJC

Dustin William Bouley                                                     Chapter 7

Nicole Lynn Bouley
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0862-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: 318 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Dustin William Bouley, Nicole Lynn Bouley, 1730 - 450th Street, Linn Grove, IA 51033-8017 |
| cr | + | AmeriHome Mortgage Company, LLC, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 2422451 | + | AmeriHome Mortgage Company, LLC, c/o Benjamin W. Hopkins, Petosa Law LLP, 1350 NW 138th Street, Suite 100, Clive, IA 50325-8300 |
| 2421074 | + | Claudia Maxwell, 403 Monroe Street, Anoka, MN 55303-2517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 22 2025 00:47:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | May 22 2025 00:47:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2421066 | + | EDI: GMACFS.COM | May 22 2025 00:47:00 | Ally Bank, P.O. Box 13625, Philadelphia, PA 19101-3625 |
| 2421251 | + | EDI: AISACG.COM | May 22 2025 00:47:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2421067 | + | Email/Text: brn@altra.org | May 21 2025 20:50:03 | Altra Credit Union, 1700 Oak Forest Drive, Onalaska, WI 54650-3500 |
| 2421069 | + | Email/Text: bankruptcycourtnotices@amerihome.com | May 21 2025 20:49:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 2421068 | + | Email/PDF: bncnotices@becket-lee.com | May 21 2025 21:18:37 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 2421070 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 21 2025 20:49:00 | Apple Card, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 2421071 | + | EDI: BANKAMER2 | May 22 2025 00:47:00 | Bank of America, P.O. Box 25118, Tampa, FL 33622-5118 |
| 2421072 | + | EDI: CAPITALONE.COM | May 22 2025 00:47:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 2421073 | + | EDI: CAPONEAUTO.COM | May 22 2025 00:47:00 | Capital One Auto Finance, P.O. Box 261930, Plano, TX 75026-1930 |
| 2421392 | + | EDI: AISACG.COM | May 22 2025 00:47:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. |

| District/off: 0862-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: 318 | Total Noticed: 24 |

| | | | | Dept. APS, Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|
| 2421075 | | EDI: DISCOVER | May 22 2025 00:47:00 | Discover, P.O. Box 30945, Salt Lake City, UT 84130 |
| 2421076 | + | EDI: CITICORP | May 22 2025 00:47:00 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 2421077 | + | EDI: LCIICSYSTEM | May 22 2025 00:47:00 | I.C. System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 2421078 | ^ | MEBN | May 21 2025 20:43:32 | John Deere Financial, P.O. Box 4450, Carol Stream, IL 60197-4450 |
| 2423333 | | EDI: QWBHUISINGAN.COM | May 22 2025 00:47:00 | John Deere Financial and Deere & Company, c/o Wesley B. Huisinga, P.O. Box 2107, Cedar Rapids, IA 52406-2107 |
| 2421079 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 21 2025 20:50:00 | Nelnet, P.O. Box 2877, Omaha, NE 68103-2877 |
| 2421080 | + | Email/Text: joe@pccfdl.com | May 21 2025 20:50:00 | Professional Collectors, 755 South Main Street, Fond Du Lac, WI 54935-5739 |
| 2421081 | + | EDI: SYNC | May 22 2025 00:47:00 | Sam's Club Mastercard, P.O. Box 71711, Philadelphia, PA 19176-1711 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2421252 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 2421393 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin W. Hopkins | on behalf of Creditor AmeriHome Mortgage Company LLC jmcvay@petosalaw.com, jmcvay@petosalaw.com |
| Steven Elza Goodlow | on behalf of Debtor Dustin William Bouley goodlow@mediacombb.net |
| Steven Elza Goodlow | on behalf of Joint Debtor Nicole Lynn Bouley goodlow@mediacombb.net |
| United States Trustee | |

District/off: 0862-5                          User: admin                                      Page 3 of 3
Date Rcvd: May 21, 2025                      Form ID: 318                                     Total Noticed: 24

USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga

on behalf of Creditor John Deere Financial and Deere & Company wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wil Forker

forkerlaw@gmail.com  cdicelaw@yahoo.com,IA06@ecfcbis.com


TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dustin William Bouley** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3180 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Nicole Lynn Bouley** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4848 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Iowa | | |
| Case number:   25–00151 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dustin William Bouley

Nicole Lynn Bouley

5/21/25

**By the court:**   Thad J. Collins
Chief United States Bankruptcy
Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                   **Order of Discharge**                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**